UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JEFFREY PETTY, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. C-09-149 |
| § | |
| PORTOFINO COUNCIL OF COOWNERS, § | |
| INC., § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

In accordance with the Judgment signed on November 30, 2010, the Court hereby enters final judgment DISMISSING this case in its entirety.

SIGNED and ORDERED this 19th day of January, 2011.

_____
Janis Graham Jack
United States District Judge